**WHOLE COURT**

NOTICE: Motions for reconsideration must be
*physically received* in our clerk's office within ten
days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**August 6, 2015**

# In the Court of Appeals of Georgia

A13A0455. GEORGIA-PACIFIC CONSUMER PRODUCTS, LP v.
  RATNER et al.

ELLINGTON, Presiding Judge.

In *Georgia-Pacific Consumer Products, LP v. Ratner*, 295 Ga. 524 (762 SE2d 524) (2014), the Supreme Court of Georgia reversed this Court's decision in *Georgia-Pacific Consumer Prods., LP v. Ratner*, 323 Ga. App. 203 (746 SE2d 829) (2013), in which we affirmed the trial court's order certifying the class in this suit alleging damages from the release of hydrogen sulfide gas from the defendant's sludge fields, finding no abuse of discretion. Accordingly, our prior decision is vacated, the opinion the Supreme Court is made the opinion of this Court, and the order of the trial court is hereby reversed.

*Judgment reversed. Andrews, P. J., Barnes, P. J., Phipps, P. J., Miller, Ray, and Branch, JJ., concur.*